*FILING FEE PAID* ( Ⓨes  No )

FILED
7/6/20 12:40 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

MINUTES OF CHAPTER 13 § 341 (a) MEETING OF CREDITORS
AND SETTLEMENT CONFERENCE ON PLAN CONFIRMATIONS

Case Name: **Goodman, Elizabeth**   JAD/**TPA**/CMB/GLT

Case Number: **20-10377**

Date of Meeting: **6 / 30 / 20**     Recording # _____
Debtor(s) present ✓ or Not Present ___ ( ___ No Payments Made or ✓ partial payments)
Attorney for debtor(s) **Sloan, Dennis** (Present ✓ or Not Present ___)
Date of Plan at § 341: **5/26/20**  Applicable commitment period ___ 3 yrs ✓ 5 yrs

*Adjourned for requested information*

___ Meeting HELD and CONCLUDED
✓ Meeting HELD but CONTINUED (not closed)
___ Meeting NOT HELD
___ Order to Show Cause Requested
___ To be rescheduled by Clerk

✓ Confirmation Order recommended ___ Final ✓ Interim
___ Amended Plan due: _____ ; Objections due: _____

___ Trustee recommends dismissal of the case (Debtor consents)
___ Trustee recommends dismissal of the case (Debtor does not consent)*
___ Trustee recommends dismissal of the case (Debtor has no defense)
___ Debtor requests dismissal of the case. Motion to be filed by the Debtor within 10 days
✓ Continued to:
___ 341 Meeting  OR  ✓ Conciliation Conf. OR ___ *Contested Hearing
On **12/1/20**   at **2:30** am/**pm** Location _____

Chapter 13 Trustee/Attorney for Trustee