Form 149

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

In re:

**Elizabeth A. Goodman**
Debtor(s)

Bankruptcy Case No.: 20–10377–TPA
Per June 30, 2020 Proceeding
Chapter: 13
Docket No.: 27 – 6
Concil. Conf.: 12/1/20 at 02:30 PM

**ORDER OF COURT CONFIRMING PLAN AS MODIFIED**
**AND SETTING DEADLINES FOR CERTAIN ACTIONS**

*(1.) PLAN CONFIRMATION:*

IT IS HEREBY ORDERED that upon consent of the Debtor(s), the Chapter 13 Plan dated May 26, 2020 is CONFIRMED as modified at the Plan confirmation hearing. Terms of the Plan not expressly modified by this Order remain in full force and effect. A copy of this Plan was previously mailed to you. *Only those provisions which are checked below apply to this case:*

☐ A.   For the remainder of the Plan term, the periodic Plan payment is amended to be $ as of . Debtor(s)' counsel shall file a motion to amend the income attachment order within seven (7) days of the date of this Order.

☐ B.   The length of the Plan is increased to a total of months. This statement of duration of the Plan is an approximation. The Plan shall not be completed until the goals of the Plan have been achieved. The total length of the Plan shall not exceed sixty (60) months.

☑ C.   Plan confirmation is on an interim basis only as a form of adequate protection. The Trustee is authorized to distribute to secured and priority creditors with percentage fees. *A final plan conciliation conference will be held on 12/1/20 at 02:30 PM, in remotely by the Trustee via Zoom, how to participate:goto www.ch13pitt.com, meetings@chapter13trusteewdpa.com.* If the Parties cannot resolve all disputes at the conciliation conference, a hearing will be scheduled and orally announced at the conclusion of the conference without any further written notice to any party. Parties are directed to monitor the Court's docket and read the Chapter 13 Trustee's minutes of the conciliation conference to the extent such parties desire more information regarding the outcome of the conciliation conference.

☐ D.   Plan confirmation is subject to the resolution of all actions to determine the avoidability, priority, or extent of liens; including determination of the allowed amount of secured claims under *11 U.S.C. §506*, disputes over the amount and allowance of claims entitled to priority under *11 U.S.C. §507*, and all objections to claims.

☐ E.   The allowed claims of general unsecured creditors shall be paid from available funds on a pro rata basis, which may represent an increase or decrease in the amount projected in the Plan.

☐ F.   shall be paid monthly payments of $ beginning with the Trustee's distribution and continuing for the duration of the plan term, to be applied by that creditor to it's administrative claim, budget payments and/or security deposit. These payments shall be at the third distribution level.

☐ G.   The claims of the following creditors shall govern as to amount, classification and rate of interest (or as otherwise noted), unless the Debtor(s) successfully objects to the claim: .

☑ H.   Additional Terms: Fee application needed if any fee (including retainer) exceeds $4,000 including any fees paid to prior counsel.

*(2.)    IT IS FURTHER ORDERED THAT THE FOLLOWING DEADLINES ARE ESTABLISHED:*

**A.    Objections to the Plan.** Pursuant to *Fed.R.Bankr.P. 2002(b)*, this Order shall not become final for a period of twenty−eight (28) days. Any party in interest with an objection to any provision of this Confirmation Order must file a written objection within that twenty−eight (28) day period. Failure to timely object shall be deemed a waiver of all objections and an acceptance of the provisions of this confirmed Plan. The Trustee may disburse funds pursuant to this confirmation order upon it's entry.

**B.    Applications to retain brokers, sales agents, or other professionals.** If the Plan contemplates sales of assets or litigation proceeds as a source of funding, Debtor(s) shall file motion(s) to employ the necessary professionals within thirty (30) days hereof.

**C.    Review of Claims Docket and Objections to Claims.** Pursuant to *W.PA.LBR 3021−1(c)(2)*, the Debtor or Debtor's attorney, if represented, shall review the proofs of claim filed and shall file objections to any disputed claims within ninety (90) days after the claims bar date or, for late filed or amended claims, within ninety (90) days after they are filed and served. Absent an objection, the proof of claim will govern as to the classification and amount of the claim. Objections filed after the ninety (90) days specified herein shall be deemed untimely.

**D.    Motions or Complaints Pursuant to §§506, 507 or 522.** All actions to determine the priority, avoidability, or extent of liens, all actions pursuant to *11 U.S.C. §§506, 507 and 522* shall be filed within ninety (90) days after the claims bar date.

**E.    Filing Amended Plans.** Within fourteen (14) days after the Bankruptcy Court resolves the priority, avoidability, or extent of a lien, or any objection to claim, the Debtor(s) shall file an amended Plan to provide for the allowed amount of the claim if the allowed amount differs from the amount stated in the plan. Debtor(s) shall also file an amended Plan within thirty (30) days after the claims bar date(s) in the event that no objection is filed and the claim(s) as filed causes the Plan to be underfunded.

*(3.)*  **IT IS FURTHER ORDERED THAT:**

**A.**  After the claims objection deadline, the Plan shall be deemed amended to conform to the claims filed or otherwise allowed. If the Plan expressly modified the terms of payment to any creditor pursuant to *11 U.S.C. §1322(b)(2)*, nothing in this Order shall be construed to change the payment terms established in the Plan.

**B.**  Any creditor who files or amends a proof of claim shall serve a copy on the Debtor(s) or counsel for the Debtor(s).

**C.**  Any creditor whose payment changes due to variable interest rates, change in escrow, or change in monthly payments, shall notify the Trustee, Debtor(s)' counsel and Debtor(s) at least twenty–one (21) days prior to the change taking effect.

**D.**  Debtor's counsel must file a fee application in accordance with *W.PA.LBR 2016–1* before attorney fees in excess of the "no look" provision (including retainer) will be allowed or paid.

**E.**  The Trustee shall file a *Certificate of Default and Request for Dismissal* of the case in the event of a material Plan default. If the default involves failure to make a plan payment the case will result in dismissal without further hearing upon filing and service of an *Affidavit of Default* by the Trustee. The Trustee is not precluded from raising pre–confirmation defaults in any subsequent motion to dismiss.

**F.**  In the event that any order is entered in this case granting relief from the automatic stay to a secured creditor, then the Trustee shall make no further disbursements to any creditor on account of any *secured claim* that is secured by the subject property, unless directed otherwise by further Order of Court.

Dated: July 6, 2020

Thomas P. Agresti, Judge
United States Bankruptcy Court

cc:  All Parties in Interest to be served by Clerk in seven (7) days

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                                  Case No. 20-10377-TPA
Elizabeth A. Goodman                                                                    Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-1          User: jmar                    Page 1 of 2           Date Rcvd: Jul 06, 2020
                              Form ID: 149                  Total Noticed: 25

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 08, 2020.
```
db           +Elizabeth A. Goodman,    146 East State Road,    Seneca, PA 16346-2924
15246817      Capital One/Cabelas,    PO Box 71083,    Charlotte, NC 28272-1083
15246819      Citibank,    PO Box 6077,    Sioux Falls, SD 57117-6077
15246821     +ClearOne Advantage,    1501 S. Clinton Sstreet,    Suite 320,    Baltimore, MD 21224-5733
15246824     +First National Bank of Pennsylvania,    4140 East State Street,    Hermitage, PA 16148-3401
15246825      Goodyear Credit Card,    PO Box 6403,    Sioux Falls, SD 57117-6403
15246827      James P. Valecko, Esq.,    Weltman Weinberg & Reis Co. LPA,    436 7th Avenue, Suite 2500,
               Pittsburgh, PA 15219-1842
15246828     +Joseph L. Goodman, Jr.,    146 East State Road,    Seneca, PA 16346-2924
15246829     +MDJ Patrick E. Lowrey,    c/o Mellon Bank Building,    PO Box 553,    Seneca, PA 16346-0553
15246830     +Northwest Bank,    PO Box 1793,    Warren, PA 16365-6793
15246834     +Toyota Financial Services,    PO Box 4102,    Carol Stream, IL 60197-4102
15251547     +Toyota Motor Credit Corporation,    PO Box 9013,    Addison, Texas 75001-9013
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
cr           +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jul 07 2020 04:53:25
              PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
15246820     +E-mail/Text: jsanders@cksfin.com Jul 07 2020 04:50:19      CKS Financial,    PO Box 2856,
              Chesapeake, VA 23327-2856
15246822     +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Jul 07 2020 04:50:01       CP/Bon Ton,
              PO Box 182789,    Columbus, OH 43218-2789
15246818     +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jul 07 2020 04:53:17      Capital One/Maurices,
              PO Box 30253,    Salt Lake City, UT 84130-0253
15252299      E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jul 07 2020 04:52:42      Captial One/Cabelas,
              PO Box 71083,    Charlotte, NC  28272-1083
15246823      E-mail/Text: mrdiscen@discover.com Jul 07 2020 04:49:43      Discover Bank,    PO Box 15316,
              Wilmington, DE 19850
15253119      E-mail/Text: mrdiscen@discover.com Jul 07 2020 04:49:43      Discover Bank,
              Discover Products Inc,    PO Box 3025,    New Albany Ohio 43054-3025
15246826      E-mail/Text: sbse.cio.bnc.mail@irs.gov Jul 07 2020 04:49:51      Internal Revenue Service,
              PO Box 7346,    Philadelphia, PA 19101-7346
15246831      E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jul 07 2020 04:53:23
              Portfolio Recovery,    120 Corporate Blvd.,    Suite 100,    Norfolk, VA 23502
15247890     +E-mail/PDF: gecsedi@recoverycorp.com Jul 07 2020 04:53:44      Synchrony Bank,
              c/o of PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
15246832      E-mail/PDF: gecsedi@recoverycorp.com Jul 07 2020 04:52:33      Synchrony Bank,    PO Box 960061,
              Orlando, FL 32896-0061
15246833     +E-mail/PDF: gecsedi@recoverycorp.com Jul 07 2020 04:52:33      Synchrony Bank/Amazon,
              PO Box 965015,    Orlando, FL 32896-5015
15246835      E-mail/Text: bknotice@upgrade.com Jul 07 2020 04:49:35      Upgrade Inc,
              2 North Central Avenue,    10th Floor,    Phoenix, AZ 85004
                                                                                              TOTAL: 13

               ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr             Toyota Motor Credit Corporation
                                                                                   TOTALS: 1, * 0, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 08, 2020                               Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
District/off: 0315-1          User: jmar              Page 2 of 2            Date Rcvd: Jul 06, 2020
                              Form ID: 149            Total Noticed: 25
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 6, 2020 at the address(es) listed below:

          Dennis M. Sloan    on behalf of Debtor Elizabeth A. Goodman sloanassoc@zoominternet.net,
           dsloan@sloanassoc.com
          James Warmbrodt    on behalf of Creditor   Toyota Motor Credit Corporation bkgroup@kmllawgroup.com
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
          Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com

                                                                                                                                                                                                                                             TOTAL: 4