FILED
8/12/20 12:02 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re: | ) | |
| Elizabeth A. Goodman, | ) | Case No: 20-10377-TPA |
| | ) | |
| Debtor(s). | ) | |
| | ) | |
| | ) | Chapter 13 |
| Elizabeth A. Goodman, | ) | Document No. |
| | ) | Related to Document No. 30 |
| Movant, | ) | Motion No. WO-1 |
| | ) | Hearing: |
| Professional Dental Alliance, LLC, | ) | |
| | ) | |
| Respondent. | ) | |

### ORDER OF COURT

**AND NOW**, to wit, this 12th day of August, 2020, upon consideration of the foregoing Motion to Terminate Wage Attachment, it is hereby ORDERED, ADJUDICATED and DECREED that the wage attachment issued in this case against Professional Dental Alliance, LLC on June 5, 2020 is immediately terminated.

By the Court:

_____ vas
The Honorable Thomas P. Agresti
United States Bankruptcy Judge

United States Bankruptcy Court
Western District of Pennsylvania

In re:  
Elizabeth A. Goodman  
       Debtor

Case No. 20-10377-TPA  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0315-1     User: mgut     Page 1 of 1     Date Rcvd: Aug 12, 2020  
                 Form ID: pdf900    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 14, 2020.  
db          +Elizabeth A. Goodman,  146 East State Road,   Seneca, PA 16346-2924

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                            TOTAL: 0

             ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 14, 2020                                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 12, 2020 at the address(es) listed below:  
       Dennis M. Sloan    on behalf of Debtor Elizabeth A. Goodman sloanassoc@zoominternet.net, dsloan@sloanassoc.com  
       James Warmbrodt    on behalf of Creditor    Toyota Motor Credit Corporation bkgroup@kmllawgroup.com  
       Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov  
       Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com  
                                                                                                                        TOTAL: 4