# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF PA

Chapter:    13
Case No:    2010377

In re:    ELIZABETH A GOODMAN

Account Number:  7289

## WITHDRAWAL OF PROOF OF CLAIM

COMES NOW, Portfolio Recovery Associates, LLC by PRA Receivables Management, LLC agent. Pursuant to the Federal Rule of Bankruptcy Procedure 3006, withdraws its proof(s) of claim 6 filed on or about 08/04/2020 in the amount of $2,610.32 .

On this 8/25/2020.


By:  /s/ Dolan Mason
     Dolan Mason, Bankruptcy Representative
     PRA Receivables Management, LLC.
     POB 41067
     Norfolk, VA 23541
     E-mail: Bankruptcy_Info@portfoliorecovery.com