Certificate Number: 15317-PAW-DE-034824551

Bankruptcy Case Number: 20-10377



15317-PAW-DE-034824551

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>August 28, 2020</u>, at <u>5:17</u> o'clock <u>PM PDT</u>, <u>Elizabeth A Goodman</u> completed a course on personal financial management given <u>by internet</u> by <u>Access Counseling, Inc.</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>Western District of Pennsylvania</u>.

Date:    <u>August 28, 2020</u>             By:    <u>/s/Janice Morla</u>

                                            Name:  <u>Janice Morla</u>

                                            Title: <u>Counselor</u>