Tea Olive, LLC
PO BOX 1931
Burlingame, CA 94011

UNITED STATES BANKRUPTCY COURT FOR WESTERN
DISTRICT OF PENNSYLVANIA

**NOTICE OF WITHDRAWAL**

In re:  Elizabeth A Goodman
CHAPTER 13
CASE NUMBER: 20-10377

TO: Clerk of the Court

Pursuant to the Federal Rule of Bankruptcy Procedure 3006, Tea Olive, LLC is voluntarily electing to withdraw claim number 4 in the amount of $413.32.

DATED: 10/28/2020

Tea Olive, LLC

/s/  Larry Yip