FILED
11/2/20 11:53 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

Tea Olive, LLC
PO BOX 1931
Burlingame, CA 94011

UNITED STATES BANKRUPTCY COURT FOR WESTERN
DISTRICT OF PENNSYLVANIA

**NOTICE OF WITHDRAWAL**

In re:  Elizabeth A Goodman
CHAPTER 13
CASE NUMBER: 20-10377

TO: Clerk of the Court

Pursuant to the Federal Rule of Bankruptcy Procedure 3006, Tea Olive, LLC is voluntarily electing to withdraw claim number 4 in the amount of $413.32.

DATED: 10/28/2020

Tea Olive, LLC

/s/  Larry Yip

SO ORDERED
November 02, 2020

asg

United States Bankruptcy Court

Western District of Pennsylvania

In re:     Case No. 20-10377-TPA

Elizabeth A. Goodman     Chapter 13

    Debtor(s)

# CERTIFICATE OF NOTICE

District/off: 0315-1     User: mgut     Page 1 of 1

Date Rcvd: Nov 02, 2020     Form ID: pdf900     Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol   Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 04, 2020:**
NONE

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| 15266492 | + Email/Text: documentfiling@lciinc.com | Nov 03 2020 02:52:00 | Tea Olive, LLC, PO BOX 1931, Burlingame, CA 94011-1931 |

TOTAL: 1

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 04, 2020     Signature:     /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 2, 2020 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor Toyota Motor Credit Corporation bnicholas@kmllawgroup.com |
| Dennis M. Sloan | on behalf of Debtor Elizabeth A. Goodman sloanassoc@zoominternet.net dsloan@sloanassoc.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |

TOTAL: 4