UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | Bankruptcy No. 20-10377-TPA |
| Elizabeth A. Goodman, | Chapter 13 |
| | Document No. |
| Debtor | Related to Documents No. 50, 51 |
| | Hearing: 12/09/2020 @ 11:00 AM |
| Elizabeth A. Goodman, | |
| Movant | |
| v. | |
| Discover Bank, | |
| Respondent | |

**CERTIFICATE OF NO OBJECTION REGARDING
OBJECTION TO CLAIM OF DISCOVER BANK [CLAIM NO. 2] AND
REQUEST FOR ATTORNEY'S FEES PURSUANT TO F.R.B.P. 3001(c)(2)(D)(ii)**

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the Debtor's OBJECTION TO CLAIM OF DISCOVER BANK [CLAIM NO. 2] AND REQUEST FOR ATTORNEY'S FEES PURSUANT TO F.R.B.P. 3001(c)(2)(D)(ii) filed on November 3, 2020 at Document No. 50 has been received.[1] The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the Debtor's OBJECTION TO CLAIM OF DISCOVER BANK [CLAIM NO. 2] AND REQUEST FOR ATTORNEY'S FEES PURSUANT TO F.R.B.P. 3001(c)(2)(D)(ii) appears thereon. Pursuant to the Notice of Hearing, objections to the Debtor's OBJECTION TO CLAIM OF DISCOVER BANK [CLAIM NO. 2] AND REQUEST FOR ATTORNEY'S FEES PURSUANT TO F.R.B.P. 3001(c)(2)(D)(ii) were to be filed and served no later than November 20, 2020.

It is hereby respectfully requested that the Order attached to the Debtor's OBJECTION TO CLAIM OF DISCOVER BANK [CLAIM NO. 2] AND REQUEST FOR ATTORNEY'S FEES PURSUANT TO F.R.B.P. 3001(c)(2)(D)(ii) be entered by the Court.

Dated: November 23, 2020

Respectfully submitted,
/s/ Dennis M. Sloan
Dennis M. Sloan
Attorney for Debtor
PA Bar #83784
Sloan & Associates, P.C.
106 S. Main Street, Suite 305
Butler, PA 16001
(724) 284-9092
sloanassoc@zoominternet.net

---

[1] On November 19, 2020, undersigned counsel received an email from "Lisa" at MRDISCPC@discover.com which acknowledged receipt of the Debtor's Objection and contained a single attached document purporting to be an "application for the account." Undersigned counsel has received no other communications or documents related to the Debtor's Objection.