FILED
12/10/20 1:00 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | | |
|---|---|---|---|
| In re: | : | Case No.: | 20-10377-TPA |
| Elizabeth A. Goodman | : | Chapter: | 13 |
| *Debtor(s).* | : | | |
| | : | Date: | 12/9/2020 |
| | : | Time: | 11:00 |

### PROCEEDING MEMO

**MATTER**   #50 Objection to Claim of Discover Bank, LLC by Debtors (Clm. 2)

**APPEARANCES:**
Debtor: Dennis M. Sloan
Trustee: Ronda Winncour

**NOTES:**

Sloan:   Rule 3001(c)(3) request a copy, information was not provided.

**OUTCOME:**   GRANTED / MOE

asg