FILED
12/10/20 1:00 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES
BANKRUPTCY COURT FOR THE
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | Bankruptcy No. 20-10377-TPA |
| Elizabeth A. Goodman, | Chapter 13 |
| Debtor | Document No. 50 |
| | Hearing: 12/09/2020 @ 11:00 AM |
| Elizabeth A. Goodman, | |
| Movant | |
| v. | |
| Discover Bank, | |
| Respondent | |

### ORDER OF COURT

AND NOW, this **9th** day of **December**, 2020, after notice and opportunity for a hearing, it is ORDERED, ADJUDGED and DECREED that the above-captioned Objection to Claim be and hereby is SUSTAINED and that the claim of Discover Bank [Claim No. 2] is disallowed in its entirety.

~~IT IS FURTHER ORDERED, ADJUDGED and DECREED that the Request for Attorney's Fees Pursuant to F.R.B.P. 3001(c)(2)(D)(ii) is GRANTED and that the Debtor is and shall be awarded reasonable expenses and attorney's fees in the amount of $_____, which amount shall be paid by Discover Bank to Debtor's Counsel within fifteen (15) days from the date of this Order.~~

_____
The Honorable Thomas P. Agresti
United States Bankruptcy Judge