FILED
12/10/20 1:00 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES
BANKRUPTCY COURT FOR THE
WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | Bankruptcy No.  20-10377-TPA |
| | ) | |
| Elizabeth A. Goodman, | ) | Chapter 13 |
| | ) | Document No.  50 |
| Debtor | ) | |
| | ) | Hearing: 12/09/2020 @ 11:00 AM |
| | ) | |
| Elizabeth A. Goodman, | ) | |
| | ) | |
| Movant | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| Discover Bank, | ) | |
| | ) | |
| Respondent | ) | |

**ORDER OF COURT**

AND NOW, this  9th  day of _____December_____, 2020, after notice and opportunity for

a hearing, it is ORDERED, ADJUDGED and DECREED that the above-captioned Objection to

Claim be and hereby is SUSTAINED and that the claim of Discover Bank [Claim No. 2] is

disallowed in its entirety.

IT IS FURTHER ORDERED, ADJUDGED and DECREED that the Request for

Attorney's Fees Pursuant to F.R.B.P. 3001(c)(2)(D)(ii) is GRANTED and that the Debtor is and

shall be awarded reasonable expenses and attorney's fees in the amount of $_____, which

amount shall be paid by Discover Bank to Debtor's Counsel within fifteen (15) days from the date of

this Order.

The Honorable Thomas P. Agresti
United States Bankruptcy Judge

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                        Case No. 20-10377-TPA
Elizabeth A. Goodman                                                          Chapter 13
    Debtor(s)

# CERTIFICATE OF NOTICE

District/off: 0315-1                          User: mgut                                    Page 1 of 2
Date Rcvd: Dec 10, 2020                       Form ID: pdf900                          Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol        Definition**
+               Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS
                regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 12, 2020:**

**Recip ID          Recipient Name and Address**
db               +  Elizabeth A. Goodman, 146 East State Road, Seneca, PA 16346-2924

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).
NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**
NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 12, 2020                    Signature:        /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 10, 2020 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| Brian Nicholas | on behalf of Creditor Toyota Motor Credit Corporation bnicholas@kmllawgroup.com |
| Dennis M. Sloan | on behalf of Plaintiff Elizabeth A. Goodman sloanassoc@zoominternet.net  dsloan@sloanassoc.com |
| Dennis M. Sloan | on behalf of Debtor Elizabeth A. Goodman sloanassoc@zoominternet.net  dsloan@sloanassoc.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Robert P. Wendt | on behalf of Defendant Toyota Motor Credit Corporation pawb@fedphe.com |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |