Case 20-10377-TPA    Doc 64    Filed 02/18/21    Entered 02/18/21 11:33:02    Desc Main
Document    Page 1 of 1

FILED
2/18/21 11:31 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

# UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

## CONCILIATION CONFERENCE MINUTES

### *Conciliation Conference:*

Debtor: Elizabeth A. Goodman
Case Number: 20-10377-TPA    (Chapter 13)
Date / Time / Room: 02/16/2021 09:30 am /Bankruptcy Courtroom
Hearing Officer: CHAPTER 13 TRUSTEE

### *Matter:*    #6 - Cont. Status Conf. on Plan dated 5/26/2020

### *Appearances:*

Debtor:             Sloan
Trustee:    Winnecour/ Katz / DeSimone
Creditor:

Maria Miksich: Toyota

### *Proceedings:*

Recommended Outcome:

1. ___ Case Converted to Chapter 7
2. ___ Case Converted to Chapter 11
3. ___ Case Dismissed without Prejudice
4. ___ Case Dismissed with Prejudice
5. ___ Debtor is to inform Court within ____ Days their preference to Convert or Dismiss
6. ___ The plan payment/term is increased/extended to _____, effective _____
7. ✓ Plan/Motion continued to 5-18-21 at 10:30.
8. ___ An Amended Plan is to be served on allcreditors and certificate of service filed by
   Objections aredue on or before _____.
   A hearing on theAmended is set for _____ at _____.
9. ✓ Other:

Continue for resolution on 506 (Toyota)

### For Judge Agresti cases:
Student Loan Debt: If the pro rata or timing of the proposed plan payment on student loandebt differs in any respect to that of the unsecured debt in the case, describesuch differences and reasons for disparate treatment: