FILED
4/6/21 11:34 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | Bankruptcy No. 20-10377-TPA |
| Elizabeth A. Goodman, | Chapter 13 |
| Debtor | Docket No. |
| | Related to Doc. Nos. 6, 46 |
| | Also Related to Adv. No. 20-01025-TPA |
| Elizabeth A. Goodman, | Conciliation Conference: 5/18/21 @ 10:30 AM |
| Movant | |
| v. | |
| Toyota Motor Credit Corporation and Ronda J. Winnecour, Chapter 13 Trustee, | |
| Respondents | |

## ORDER OF COURT

AND NOW, this 6th day of April, 2021, upon consideration of the Stipulation to Modify Confirmed Plan Dated May 26, 2020 ("the Stipulation"), it is hereby ORDERED, ADJUDGED, and DECREED that:

1. The Stipulation is APPROVED.

2. Part 3.2 of the Chapter 13 Plan Dated May 26, 2020 ("the Plan") shall be modified to provide for an allowed secured claim of Toyota in the amount of $17,500.00.

3. The Plan payment shall be increased to $529.00 per month, beginning with the payment due for April, 2021.

4. The Debtor shall file a motion to amend the wage attachment to provide for the increase in the plan payment.

5. Except as set forth above, there are no other modifications to the Plan.

By the Court:

_____ asg
The Honorable Thomas P. Agresti
United States Bankruptcy Judge

United States Bankruptcy Court

Western District of Pennsylvania

In re:                                                                                              Case No. 20-10377-TPA
Elizabeth A. Goodman                                                                  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-1 | User: mgut | Page 1 of 2 |
| Date Rcvd: Apr 06, 2021 | Form ID: pdf900 | Total Noticed: 2 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+        Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 08, 2021:**

**Recip ID        Recipient Name and Address**
db        + Elizabeth A. Goodman, 146 East State Road, Seneca, PA 16346-2924
          + Robert Wendt, Esq., 80 Business Park Dr. Ste. 110, Armonk, NY 10504-1704

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 08, 2021              Signature:           /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 6, 2021 at the address(es) listed below:

**Name**                                    **Email Address**
Brian Nicholas
                                    on behalf of Creditor Toyota Motor Credit Corporation bnicholas@kmllawgroup.com

Dennis M. Sloan
                                    on behalf of Plaintiff Elizabeth A. Goodman sloanassoc@zoominternet.net  dsloan@sloanassoc.com

Dennis M. Sloan
                                    on behalf of Debtor Elizabeth A. Goodman sloanassoc@zoominternet.net  dsloan@sloanassoc.com

Office of the United States Trustee
                                    ustpregion03.pi.ecf@usdoj.gov

Robert P. Wendt
                                    on behalf of Defendant Toyota Motor Credit Corporation pawb@fedphe.com

Ronda J. Winnecour
                                    cmecf@chapter13trusteewdpa.com

District/off: 0315-1     User: mgut     Page 2 of 2

Date Rcvd: Apr 06, 2021     Form ID: pdf900     Total Noticed: 2

TOTAL: 6