FILED
4/29/22 3:23 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | Bankruptcy No. 20-10377-TPA |
| Elizabeth A. Goodman, | Chapter 13 |
| Debtor | Docket No. |
| | Related to Doc. Nos. 6, 74, 81 |
| Elizabeth A. Goodman, | |
| Movant | |
| v. | |
| Ronda J. Winnecour, Chapter 13 Trustee, | |
| Respondent | |

## ORDER OF COURT

AND NOW, this 29th day of April, 2022, upon consideration of the Stipulation to Modify Confirmed Plan Dated May 26, 2020("the Stipulation"), it is hereby ORDERED, ADJUDGED, and DECREED that:

1. The Stipulation is APPROVED.

2. The Plan payment shall be increased to $576.00 per month, beginning with the payment due for May, 2022.

3. The Debtor shall file a motion to amend the wage attachment to provide for the increase in the plan payment.

4. Except as set forth above, there are no other modifications to the Plan.

By the Court:

The Honorable Thomas P. Agresti
United States Bankruptcy Judge

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 20-10377-TPA |
| Elizabeth A. Goodman | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-1 | User: auto | Page 1 of 3 |
| Date Rcvd: Apr 29, 2022 | Form ID: pdf900 | Total Noticed: 29 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 01, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Elizabeth A. Goodman, 146 East State Road, Seneca, PA 16346-2924 |
| 15246821 | + | ClearOne Advantage, 1501 S. Clinton Sstreet, Suite 320, Baltimore, MD 21224-5733 |
| 15246827 | | James P. Valecko, Esq., Weltman Weinberg & Reis Co. LPA, 436 7th Avenue, Suite 2500, Pittsburgh, PA 15219-1842 |
| 15246828 | + | Joseph L. Goodman, Jr., 146 East State Road, Seneca, PA 16346-2924 |
| 15246829 | + | MDJ Patrick E. Lowrey, c/o Mellon Bank Building, PO Box 553, Seneca, PA 16346-0553 |
| 15246830 | + | Northwest Bank, PO Box 1793, Warren, PA 16365-6793 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: rmscedi@recoverycorp.com | Apr 29 2022 23:22:59 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Apr 29 2022 23:23:31 | PRA Receivables Management, LLC, PO Box 41067, Norfolk, VA 23541-1067 |
| 15270507 | | Email/Text: bnc@atlasacq.com | Apr 29 2022 23:24:00 | Atlas Acquisitions LLC, on behalf of UHG I LLC, 294 Union St., Hackensack, NJ 07601 |
| 15246820 | + | Email/Text: Webcollex@ebn.phinsolutions.com | Apr 29 2022 23:24:00 | CKS Financial, PO Box 2856, Chesapeake, VA 23327-2856 |
| 15246822 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Apr 29 2022 23:24:00 | CP/Bon Ton, PO Box 182789, Columbus, OH 43218-2789 |
| 15246817 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Apr 29 2022 23:23:12 | Capital One/Cabelas, PO Box 71083, Charlotte, NC 28272-1083 |
| 15246818 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Apr 29 2022 23:23:12 | Capital One/Maurices, PO Box 30253, Salt Lake City, UT 84130-0253 |
| 15252299 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Apr 29 2022 23:23:26 | Captial One/Cabelas, PO Box 71083, Charlotte, NC 28272-1083 |
| 15246819 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Apr 29 2022 23:23:32 | Citibank, PO Box 6077, Sioux Falls, SD 57117-6077 |
| 15246823 | | Email/Text: mrdiscen@discover.com | Apr 29 2022 23:24:00 | Discover Bank, PO Box 15316, Wilmington, DE 19850 |
| 15253119 | | Email/Text: mrdiscen@discover.com | Apr 29 2022 23:24:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany Ohio 43054-3025 |
| 15246824 | + | Email/Text: ElectronicBankruptcyNotices@fnb-corp.com | Apr 29 2022 23:24:00 | First National Bank of Pennsylvania, 4140 East State Street, Hermitage, PA 16148-3401 |
| 15246825 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Apr 29 2022 23:23:16 | Goodyear Credit Card, PO Box 6403, Sioux Falls, SD 57117-6403 |
| 15246826 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Apr 29 2022 23:24:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 15246831 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | | |

Case 20-10377-TPA  Doc 84  Filed 05/01/22  Entered 05/02/22 00:23:57  Desc Imaged
Certificate of Notice  Page 3 of 4

| District/off: 0315-1 | User: auto | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Apr 29, 2022 | Form ID: pdf900 | Total Noticed: 29 |

| Recip ID | | Delivery Method | Date/Time | Name and Address |
|---|---|---|---|---|
| 15273455 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Apr 29 2022 23:23:30 | Portfolio Recovery, 120 Corporate Blvd., Suite 100, Norfolk, VA 23502 |
| 15246832 | | Email/PDF: gecsedi@recoverycorp.com | Apr 29 2022 23:22:59 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 15247890 | + | Email/PDF: gecsedi@recoverycorp.com | Apr 29 2022 23:23:13 | Synchrony Bank, PO Box 960061, Orlando, FL 32896-0061 |
| 15246833 | + | Email/PDF: gecsedi@recoverycorp.com | Apr 29 2022 23:23:13 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15266492 | + | Email/Text: documentfiling@lciinc.com | Apr 29 2022 23:23:26 | Synchrony Bank/Amazon, PO Box 965015, Orlando, FL 32896-5015 |
| 15246834 | + | Email/Text: TFS_Agency_Bankruptcy@toyota.com | Apr 29 2022 23:24:00 | Tea Olive, LLC, PO BOX 1931, Burlingame, CA 94011-1931 |
| 15251547 | + | Email/Text: ToyotaBKNotices@nationalbankruptcy.com | Apr 29 2022 23:24:00 | Toyota Financial Services, PO Box 4102, Carol Stream, IL 60197-4102 |
| 15246835 | | Email/Text: bknotice@upgrade.com | Apr 29 2022 23:24:00 | Toyota Motor Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |
| | | | Apr 29 2022 23:24:00 | Upgrade Inc, 2 North Central Avenue, 10th Floor, Phoenix, AZ 85004 |

TOTAL: 23

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Tea Olive, LLC |
| cr | | Toyota Motor Credit Corporation |

TOTAL: 2 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: May 01, 2022        Signature:        /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 29, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor Toyota Motor Credit Corporation bnicholas@kmllawgroup.com |
| Dennis M. Sloan | on behalf of Plaintiff Elizabeth A. Goodman sloanassoc@zoominternet.net dsloan@sloanassoc.com |
| Dennis M. Sloan | on behalf of Debtor Elizabeth A. Goodman sloanassoc@zoominternet.net dsloan@sloanassoc.com |

District/off: 0315-1 | User: auto | Page 3 of 3
Date Rcvd: Apr 29, 2022 | Form ID: pdf900 | Total Noticed: 29

Office of the United States Trustee
   ustpregion03.pi.ecf@usdoj.gov

Robert P. Wendt
   on behalf of Defendant Toyota Motor Credit Corporation pawb@fedphe.com

Ronda J. Winnecour
   cmecf@chapter13trusteewdpa.com

TOTAL: 6