UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | Bankruptcy No. 20-10377-JAD |
| | ) | |
| Elizabeth A. Goodman, | ) | Chapter 13 |
| | ) | |
| Debtor(s) | ) | Document No. |
| | ) | Related to Documents No. 87, 88 |
| | ) | Hearing: 03/15/2023 @ 11:00 AM |
| | ) | |
| | ) | |
| Dennis M. Sloan and Sloan & Associates, P.C., | ) | |
| | ) | |
| Applicant(s) | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| No Respondent | ) | |

## CERTIFICATE OF NO OBJECTION REGARDING FIRST APPLICATION FOR INTERIM COMPENSATION BY COUNSEL FOR DEBTOR

  The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the First Application for Interim Compensation by Counsel for Debtor filed on February 7, 2023 at Document No. 87 has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the First Application for Interim Compensation by Counsel for Debtor appears thereon. Pursuant to the Summary Cover Sheet and Notice of Zoom Hearing on Professional Fees, objections to the First Application for Interim Compensation by Counsel for Debtor were to be filed and served no later than February 24, 2023.

  It is hereby respectfully requested that the Order attached to the First Application for Interim Compensation by Counsel for Debtor be entered by the Court.

Dated: February 27, 2023

                                    Respectfully submitted,
                                    */s/Dennis M. Sloan*
                                    Dennis M. Sloan
                                    Attorney for Debtor
                                    PA Bar #83784
                                    Sloan & Associates, P.C.
                                    106 S. Main Street, Suite 305
                                    Butler, PA 16001
                                    (724) 284-9092
                                    sloanassoc@zoominternet.net