UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>ELIZABETH A. GOODMAN<br><br>Debtor(s)<br>Ronda J. Winnecour, Trustee<br>Movant<br>vs.<br>ELIZABETH A. GOODMAN<br><br>Respondents | Case No.20-10377JCM<br><br>Chapter 13<br><br>Related Document No.96 |

## ORDER TO STOP PAYROLL DEDUCTIONS

AND NOW, this ___6th___ day of ___June___, 20_25_, it is hereby ORDERED, ADJUDGED, and DECREED that,

Hartle Dental
Attn: Payroll Manager
415 13Th Street
Franklin, PA 16323

is hereby ordered to immediately terminate the attachment of the wages of ELIZABETH A. GOODMAN, social security number XXX-XX-3114. No future payments are to be sent to Ronda J. Winnecour, Trustee on behalf of ELIZABETH A. GOODMAN.

BY THE COURT:

cc: Debtor(s)
    Debtor(s) Attorney

_____
John C. Melaragno, Judge  dak
United States Bankruptcy Court
SIGNED
6/6/25 2:35 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 20-10377-JCM |
| Elizabeth A. Goodman | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-1 | User: auto | Page 1 of 2 |
| Date Rcvd: Jun 06, 2025 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol      Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 08, 2025:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Elizabeth A. Goodman, 146 East State Road, Seneca, PA 16346-2924 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 08, 2025           Signature:         /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 6, 2025 at the address(es) listed below:**

**Name**            **Email Address**

Denise Carlon
                  on behalf of Creditor Toyota Motor Credit Corporation dcarlon@kmllawgroup.com

Dennis M. Sloan
                  on behalf of Plaintiff Elizabeth A. Goodman sloanassoc@zoominternet.net  dsloan@sloanassoc.com

Dennis M. Sloan
                  on behalf of Debtor Elizabeth A. Goodman sloanassoc@zoominternet.net  dsloan@sloanassoc.com

Office of the United States Trustee
                  ustpregion03.pi.ecf@usdoj.gov

Robert P. Wendt
                  on behalf of Defendant Toyota Motor Credit Corporation pawb@fedphe.com

Ronda J. Winnecour
                  cmecf@chapter13trusteewdpa.com

District/off: 0315-1 | User: auto | Page 2 of 2
Date Rcvd: Jun 06, 2025 | Form ID: pdf900 | Total Noticed: 1

TOTAL: 6