UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re | } | Bankr. No. 20-10377-JCM |
| | } | |
| Elizabeth A. Goodman, | } | Chapter 13 |
| | } | |
|           Debtor, | } | Doc. No. |
| | } | |
| Elizabeth A. Goodman, | } | Hearing: |
| | } | |
|           Movant, | } | |
| | } | |
|    v. | } | |
| | } | |
| NO RESPONDENT | } | |

## DEBTOR'S CERTIFICATION OF DISCHARGE ELIGIBILITY

1. The Debtor has made all payments required by the Chapter 13 Plan.

2. The Debtor is not required to pay any Domestic Support Obligations.

3. The Debtor is entitled to a discharge under the terms of Section 1328 of the Bankruptcy Code. The Debtor has not received a prior discharge in a bankruptcy case within the time frames specified in Section 1328(f)(1) of the Bankruptcy Code. Section 1328(h) of the Bankruptcy Code does not render the Debtor ineligible for a discharge.

4. On August 31, 2020 at docket number 44, the Debtor complied with Federal Rule of Bankruptcy Procedure 1007(c) by filing a *Certification of Postpetition Instructional Course in Personal Financial Management*, with the *Certificate of Completion* attached to the form.

This Certification is being signed under penalty of perjury by Undersigned Counsel who duly questioned the Debtor about the statements in this Certification and verified the answers in support of this Certification.

                                            Respectfully submitted,
                                            Sloan & Associates, P.C.,

Dated: <u>July 14, 2025</u>                      <u>/s/Dennis M. Sloan</u>
                             BY:   Dennis M. Sloan
                                        Attorney for Debtor

                                        Pa. Id. No. 83784

                                        106 S. Main Street, Suite 305
                                        Butler, PA 16001
                                        (724) 284-9092
                                        sloanassoc@zoominternet.net