**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re | : | Bankr. No. 20-10377-JCM |
| | : | |
| **ELIZABETH A. GOODMAN,** | : | Chapter 13 |
| | : | |
| | : | Document No. |
| Debtor | : | Related to Documents No. 102, 103 |
| | : | Hearing: 9/23/25 at 01:45 PM |
| | : | |
| ELIZABETH A. GOODMAN, | : | |
| | : | |
| Movant | : | |
| | : | |
| v. | : | |
| | : | |
| CLEARONE ADVANTAGE, | : | |
| | : | |
| Respondent | : | |

**CERTIFICATE OF SERVICE OF CHAPTER 13 TRUSTEE'S MOTION FOR**
**DISCHARGE OF DEBTOR AND APPROVAL OF TRUSTEE'S REPORT OF**
**RECEIPTS AND DISBURSEMENTS, TOGETHER WITH THE ORDER**
**SCHEDULING DATE FOR RESPONSE AND HEARING ON MOTION**

I hereby certify that I served or caused to be served on this 29th day of July, 2025, a true and

correct copy of the Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's

Report of Receipts and Disbursements, together with the Order Scheduling Date for Response and

Hearing on Motion, via United States mail, first class, postage prepaid, upon:

ClearOne Advantage
3500 Boston Street, Ste 413
Baltimore, MD 21224

Respectfully submitted,
/s/ Dennis M. Sloan
Dennis M. Sloan
**Attorney for Debtors**
SLOAN & ASSOCIATES, P.C.
106 S. Main Street, Suite 305
Butler, PA 16001
(724) 284-9092
sloanassoc@zoominternet.net