Form 300b

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

| | | |
|---|---|---|
| **Elizabeth A. Goodman** | : | Case No. 20−10377−JCM |
| *Debtor(s)* | : | Chapter: 13 |
| | : | |
| **RONDA J. WINNECOUR, Trustee,** | : | |
| *Movant(s),* | : | |
| | : | |
| | : | Related to Document No. 102 |
| v. | : | |
| **No Respondents** | : | |
| *Respondent(s).* | : | Hearing Date: 9/23/25 at 01:45 PM |

## ORDER SCHEDULING DATE FOR RESPONSE
## AND HEARING ON MOTION

*AND NOW,* this *The 28th of July, 2025*, a *Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements* having been filed at Doc. No. 102 , by the Chapter 13 Trustee

It is hereby **ORDERED, ADJUDGED and DECREED** that:

(1) **On or before September 11, 2025**, any *Response*, including a consent to the *Motion*, shall be filed with the Clerk's Office at U.S. Bankruptcy Court, (5414 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219 OR U.S. Courthouse, Room B160, 17 South Park Row, Erie, PA 16501) and served on the counsel for the Moving Party.

(2) This *Motion* is scheduled for hearing on **September 23, 2025 at 01:45 PM** in Bankruptcy Courtroom, U.S. Courthouse, 17 South Park Row, Erie, PA 16501, at which time the parties and/or their counsel shall appear and the Court will dispose of the *Motion*. See Judge Melaragno's Procedures effective 6/28/23 on the Court's Website.

(3) If, after proper service, a Respondent fails to timely file a *Response*, the Court *may* determine that no hearing is required and accordingly enter the order by default. **To determine if a default order has been entered the Moving Party is directed to the Court's web site at www.pawb.uscourts.gov one day prior to the hearing. To view the calendar for Judge John C Melaragno refer to the calendar section.** In the event a default order has been signed, the Moving Party shall **IMMEDIATELY** advise all affected parties. If a default order has not been entered, the parties will be *required* to appear at the hearing.

_____
John C. Melaragno, Judge
United States Bankruptcy Court

cm: All Parties Listed on The Clerk's Mailing Matrix

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 20-10377-JCM |
| Elizabeth A. Goodman | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-1 | User: auto | Page 1 of 3 |
| Date Rcvd: Jul 28, 2025 | Form ID: 300b | Total Noticed: 29 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 30, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Elizabeth A. Goodman, 146 East State Road, Seneca, PA 16346-2924 |
| 15246828 | + | Joseph L. Goodman, Jr., 146 East State Road, Seneca, PA 16346-2924 |
| 15246829 | + | MDJ Patrick E. Lowrey, c/o Mellon Bank Building, PO Box 553, Seneca, PA 16346-0553 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jul 29 2025 00:15:54 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jul 29 2025 00:16:40 | PRA Receivables Management, LLC, PO Box 41067, Norfolk, VA 23541-1067 |
| cr | | Email/Text: TFS_Agency_Bankruptcy@toyota.com | Jul 29 2025 00:06:00 | Toyota Motor Credit Corporation, PO Box 8026, Cedar Rapids, IA 52408-8026 |
| 15270507 | | Email/Text: bnc@atlasacq.com | Jul 29 2025 00:06:00 | Atlas Acquisitions LLC, on behalf of UHG I LLC, 294 Union St., Hackensack, NJ 07601 |
| 15246820 | + | Email/Text: Webcollex@ebn.phinsolutions.com | Jul 29 2025 00:07:54 | CKS Financial, PO Box 2856, Chesapeake, VA 23327-2856 |
| 15246822 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jul 29 2025 00:07:00 | CP/Bon Ton, PO Box 182789, Columbus, OH 43218-2789 |
| 15246817 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jul 29 2025 00:40:11 | Capital One/Cabelas, PO Box 71083, Charlotte, NC 28272-1083 |
| 15246818 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jul 29 2025 00:27:23 | Capital One/Maurices, PO Box 30253, Salt Lake City, UT 84130-0253 |
| 15252299 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jul 29 2025 00:15:56 | Captial One/Cabelas, PO Box 71083, Charlotte, NC 28272-1083 |
| 15246819 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Jul 29 2025 00:16:04 | Citibank, PO Box 6077, Sioux Falls, SD 57117-6077 |
| 15246823 | | Email/Text: mrdiscen@discover.com | Jul 29 2025 00:06:00 | Discover Bank, PO Box 15316, Wilmington, DE 19850 |
| 15253119 | | Email/Text: mrdiscen@discover.com | Jul 29 2025 00:06:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany Ohio 43054-3025 |
| 15246824 | + | Email/Text: ElectronicBankruptcyNotices@fnb-corp.com | Jul 29 2025 00:06:00 | First National Bank of Pennsylvania, 4140 East State Street, Hermitage, PA 16148-3401 |
| 15246825 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Jul 29 2025 00:15:48 | Goodyear Credit Card, PO Box 6403, Sioux Falls, |

| District/off: 0315-1 | User: auto | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jul 28, 2025 | Form ID: 300b | Total Noticed: 29 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | SD 57117-6403 |
| 15246826 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Jul 29 2025 00:06:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 15246827 | | Email/Text: pitbk@weltman.com | Jul 29 2025 00:06:00 | James P. Valecko, Esq., Weltman Weinberg & Reis Co. LPA, 436 7th Avenue, Suite 2500, Pittsburgh, PA 15219-1842 |
| 15246830 | + | Email/Text: Darren.Pedaci@northwest.com | Jul 29 2025 00:06:00 | Northwest Bank, PO Box 1793, Warren, PA 16365-6793 |
| 15246831 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jul 29 2025 00:16:42 | Portfolio Recovery, 120 Corporate Blvd., Suite 100, Norfolk, VA 23502 |
| 15273455 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jul 29 2025 00:28:09 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 15246832 | | Email/PDF: ais.sync.ebn@aisinfo.com | Jul 29 2025 00:15:55 | Synchrony Bank, PO Box 960061, Orlando, FL 32896-0061 |
| 15247890 | ^ | MEBN | Jul 29 2025 00:03:01 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15246833 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Jul 29 2025 00:16:12 | Synchrony Bank/Amazon, PO Box 965015, Orlando, FL 32896-5015 |
| 15266492 | + | Email/Text: documentfiling@lciinc.com | Jul 29 2025 00:06:00 | Tea Olive, LLC, PO BOX 1931, Burlingame, CA 94011-1931 |
| 15246834 | + | Email/Text: TFS_Agency_Bankruptcy@toyota.com | Jul 29 2025 00:06:00 | Toyota Financial Services, PO Box 4102, Carol Stream, IL 60197-4102 |
| 15251547 | + | Email/Text: ToyotaBKNotices@nationalbankruptcy.com | Jul 29 2025 00:06:00 | Toyota Motor Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |
| 15246835 | | Email/Text: bknotice@upgrade.com | Jul 29 2025 00:06:00 | Upgrade Inc, 2 North Central Avenue, 10th Floor, Phoenix, AZ 85004 |

TOTAL: 26

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Tea Olive, LLC |
| cr | | Toyota Motor Credit Corporation |
| 15246821 | ##+ | ClearOne Advantage, 1501 S. Clinton Sstreet, Suite 320, Baltimore, MD 21224-5733 |

TOTAL: 2 Undeliverable, 0 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jul 30, 2025         Signature:   /s/Gustava Winters

Case 20-10377-JCM    Doc 106    Filed 07/30/25    Entered 07/31/25 00:33:27    Desc
Imaged Certificate of Notice    Page 4 of 4

| District/off: 0315-1 | User: auto | Page 3 of 3 |
| --- | --- | --- |
| Date Rcvd: Jul 28, 2025 | Form ID: 300b | Total Noticed: 29 |

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 28, 2025 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| Denise Carlon | on behalf of Creditor Toyota Motor Credit Corporation dcarlon@kmllawgroup.com |
| Dennis M. Sloan | on behalf of Plaintiff Elizabeth A. Goodman sloanassoc@zoominternet.net dsloan@sloanassoc.com |
| Dennis M. Sloan | on behalf of Debtor Elizabeth A. Goodman sloanassoc@zoominternet.net dsloan@sloanassoc.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Robert P. Wendt | on behalf of Defendant Toyota Motor Credit Corporation pawb@fedphe.com |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |

TOTAL: 6