| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | Elizabeth A. Goodman<br>First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–3114<br>EIN   __–_____ |
| Debtor 2<br>(Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN   ____<br>EIN   __–_____ |
| United States Bankruptcy Court | WESTERN DISTRICT OF PENNSYLVANIA | |
| Case number: | 20-10377-JCM | |

## Order of Discharge                                                    12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

   Elizabeth A. Goodman

9/16/25                                **By the court:** John C Melaragno
                                       United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**
Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

Form 3180W                **Chapter 13 Discharge**                page 1

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 20-10377-JCM |
| Elizabeth A. Goodman | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-1 | User: auto | Page 1 of 3 |
| Date Rcvd: Sep 16, 2025 | Form ID: 3180W | Total Noticed: 32 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^    Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 18, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Elizabeth A. Goodman, 146 East State Road, Seneca, PA 16346-2924 |
| 15246821 | + | ClearOne Advantage, 3500 Boston Street, Ste 413, Baltimore, MD 21224-5292 |
| 15246828 | + | Joseph L. Goodman, Jr., 146 East State Road, Seneca, PA 16346-2924 |
| 15246829 | + | MDJ Patrick E. Lowrey, c/o Mellon Bank Building, PO Box 553, Seneca, PA 16346-0553 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | EDI: PENNDEPTREV | Sep 17 2025 04:12:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | | EDI: PENNDEPTREV | Sep 17 2025 04:12:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| cr | + | EDI: PRA.COM | Sep 17 2025 04:12:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| cr | + | EDI: PRA.COM | Sep 17 2025 04:12:00 | PRA Receivables Management, LLC, PO Box 41067, Norfolk, VA 23541-1067 |
| cr | | Email/Text: TFS_Agency_Bankruptcy@toyota.com | Sep 17 2025 00:32:00 | Toyota Motor Credit Corporation, PO Box 8026, Cedar Rapids, IA 52408-8026 |
| 15270507 | | EDI: ATLASACQU | Sep 17 2025 04:12:00 | Atlas Acquisitions LLC, on behalf of UHG I LLC, 294 Union St., Hackensack, NJ 07601 |
| 15246820 | + | EDI: CKSFINANCIAL.COM | Sep 17 2025 04:12:00 | CKS Financial, PO Box 2856, Chesapeake, VA 23327-2856 |
| 15246822 | + | EDI: WFNNB.COM | Sep 17 2025 04:12:00 | CP/Bon Ton, PO Box 182789, Columbus, OH 43218-2789 |
| 15246817 | | EDI: CAPITALONE.COM | Sep 17 2025 04:12:00 | Capital One/Cabelas, PO Box 71083, Charlotte, NC 28272-1083 |
| 15246818 | + | EDI: CAPITALONE.COM | Sep 17 2025 04:12:00 | Capital One/Maurices, PO Box 30253, Salt Lake City, UT 84130-0253 |
| 15252299 | | EDI: CAPITALONE.COM | Sep 17 2025 04:12:00 | Captial One/Cabelas, PO Box 71083, Charlotte, NC 28272-1083 |
| 15246819 | | EDI: CITICORP | Sep 17 2025 04:12:00 | Citibank, PO Box 6077, Sioux Falls, SD 57117-6077 |
| 15246823 | | EDI: DISCOVER | Sep 17 2025 04:12:00 | Discover Bank, PO Box 15316, Wilmington, DE 19850 |
| 15253119 | | EDI: DISCOVER | Sep 17 2025 04:12:00 | Discover Bank, Discover Products Inc, PO Box |

Case 20-10377-JCM   Doc 110   Filed 09/18/25   Entered 09/19/25 00:31:35   Desc
Imaged Certificate of Notice   Page 4 of 5

| District/off: 0315-1 | User: auto | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Sep 16, 2025 | Form ID: 3180W | Total Noticed: 32 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | 3025, New Albany Ohio 43054-3025 |
| 15246824 | + | Email/Text: ElectronicBankruptcyNotices@fnb-corp.com | Sep 17 2025 00:31:00 | First National Bank of Pennsylvania, 4140 East State Street, Hermitage, PA 16148-3401 |
| 15246825 | | EDI: CITICORP | Sep 17 2025 04:12:00 | Goodyear Credit Card, PO Box 6403, Sioux Falls, SD 57117-6403 |
| 15246826 | | EDI: IRS.COM | Sep 17 2025 04:12:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 15246827 | | Email/Text: pitbk@weltman.com | Sep 17 2025 00:32:00 | James P. Valecko, Esq., Weltman Weinberg & Reis Co. LPA, 436 7th Avenue, Suite 2500, Pittsburgh, PA 15219-1842 |
| 15246830 | + | Email/Text: Darren.Pedaci@northwest.com | Sep 17 2025 00:32:00 | Northwest Bank, PO Box 1793, Warren, PA 16365-6793 |
| 15246831 | | EDI: PRA.COM | Sep 17 2025 04:12:00 | Portfolio Recovery, 120 Corporate Blvd., Suite 100, Norfolk, VA 23502 |
| 15273455 | | EDI: PRA.COM | Sep 17 2025 04:12:00 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 15246832 | | EDI: SYNC | Sep 17 2025 04:12:00 | Synchrony Bank, PO Box 960061, Orlando, FL 32896-0061 |
| 15247890 | ^ | MEBN | Sep 17 2025 00:15:17 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15246833 | + | EDI: SYNC | Sep 17 2025 04:12:00 | Synchrony Bank/Amazon, PO Box 965015, Orlando, FL 32896-5015 |
| 15266492 | + | EDI: LCIFULLSRV | Sep 17 2025 04:12:00 | Tea Olive, LLC, PO BOX 1931, Burlingame, CA 94011-1931 |
| 15246834 | + | Email/Text: TFS_Agency_Bankruptcy@toyota.com | Sep 17 2025 00:32:00 | Toyota Financial Services, PO Box 4102, Carol Stream, IL 60197-4102 |
| 15251547 | + | Email/Text: ToyotaBKNotices@nationalbankruptcy.com | Sep 17 2025 00:32:00 | Toyota Motor Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |
| 15246835 | | Email/Text: bknotice@upgrade.com | Sep 17 2025 00:31:00 | Upgrade Inc, 2 North Central Avenue, 10th Floor, Phoenix, AZ 85004 |

TOTAL: 28

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Tea Olive, LLC |
| cr | | Toyota Motor Credit Corporation |
| 16561986 | *+ | ClearOne Advantage, 3500 Boston Street, Ste 413, Baltimore, MD 21224-5292 |

TOTAL: 2 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

| | | |
|---|---|---|
| District/off: 0315-1 | User: auto | Page 3 of 3 |
| Date Rcvd: Sep 16, 2025 | Form ID: 3180W | Total Noticed: 32 |

Date: Sep 18, 2025     Signature:     /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 16, 2025 at the address(es) listed below:**

**Name**     **Email Address**

Denise Carlon
    on behalf of Creditor Toyota Motor Credit Corporation dcarlon@kmllawgroup.com

Dennis M. Sloan
    on behalf of Plaintiff Elizabeth A. Goodman sloanassoc@zoominternet.net  dsloan@sloanassoc.com

Dennis M. Sloan
    on behalf of Debtor Elizabeth A. Goodman sloanassoc@zoominternet.net  dsloan@sloanassoc.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Robert P. Wendt
    on behalf of Defendant Toyota Motor Credit Corporation pawb@fedphe.com

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com


TOTAL: 6