IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

IN RE:
    ELIZABETH A. GOODMAN

        Debtor(s)

Ronda J. Winnecour
        Movant
    vs.
No Repondents.

Case No.:20-10377

Chapter 13

Related Document No. 102

## ORDER OF COURT

AND NOW, this \_\_\_\_16th\_\_\_\_ day of \_\_\_\_September\_\_\_\_, 20 25, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

    (1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

    (2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

    (3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

    (4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

    (5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

    (6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

_____
John C. Melaragno, Judge   dak
United States Bankruptcy Court
SIGNED
9/16/25 1:01 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 20-10377-JCM |
| Elizabeth A. Goodman | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-1 | User: auto | Page 1 of 3 |
| Date Rcvd: Sep 16, 2025 | Form ID: pdf900 | Total Noticed: 30 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 18, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Elizabeth A. Goodman, 146 East State Road, Seneca, PA 16346-2924 |
| 15246821 | + | ClearOne Advantage, 3500 Boston Street, Ste 413, Baltimore, MD 21224-5292 |
| 15246828 | + | Joseph L. Goodman, Jr., 146 East State Road, Seneca, PA 16346-2924 |
| 15246829 | + | MDJ Patrick E. Lowrey, c/o Mellon Bank Building, PO Box 553, Seneca, PA 16346-0553 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Sep 17 2025 00:56:43 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Sep 17 2025 00:40:28 | PRA Receivables Management, LLC, PO Box 41067, Norfolk, VA 23541-1067 |
| cr | | Email/Text: TFS_Agency_Bankruptcy@toyota.com | Sep 17 2025 00:32:00 | Toyota Motor Credit Corporation, PO Box 8026, Cedar Rapids, IA 52408-8026 |
| 15270507 | | Email/Text: bnc@atlasacq.com | Sep 17 2025 00:31:00 | Atlas Acquisitions LLC, on behalf of UHG I LLC, 294 Union St., Hackensack, NJ 07601 |
| 15246820 | + | Email/Text: Webcollex@ebn.phinsolutions.com | Sep 17 2025 00:32:26 | CKS Financial, PO Box 2856, Chesapeake, VA 23327-2856 |
| 15246822 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Sep 17 2025 00:32:00 | CP/Bon Ton, PO Box 182789, Columbus, OH 43218-2789 |
| 15246817 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Sep 17 2025 00:54:56 | Capital One/Cabelas, PO Box 71083, Charlotte, NC 28272-1083 |
| 15246818 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Sep 17 2025 00:26:52 | Capital One/Maurices, PO Box 30253, Salt Lake City, UT 84130-0253 |
| 15252299 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Sep 17 2025 00:39:56 | Captial One/Cabelas, PO Box 71083, Charlotte, NC 28272-1083 |
| 15246819 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Sep 17 2025 00:40:53 | Citibank, PO Box 6077, Sioux Falls, SD 57117-6077 |
| 15246823 | | Email/Text: mrdiscen@discover.com | Sep 17 2025 00:31:00 | Discover Bank, PO Box 15316, Wilmington, DE 19850 |
| 15253119 | | Email/Text: mrdiscen@discover.com | Sep 17 2025 00:31:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany Ohio 43054-3025 |
| 15246824 | + | Email/Text: ElectronicBankruptcyNotices@fnb-corp.com | Sep 17 2025 00:31:00 | First National Bank of Pennsylvania, 4140 East State Street, Hermitage, PA 16148-3401 |
| 15246825 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Sep 17 2025 01:24:07 | Goodyear Credit Card, PO Box 6403, Sioux Falls, SD 57117-6403 |
| 15246826 | | Email/Text: sbse.cio.bnc.mail@irs.gov | | |

| Recip ID | | Method | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | Sep 17 2025 00:32:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 15246827 | | Email/Text: pitbk@weltman.com | Sep 17 2025 00:32:00 | James P. Valecko, Esq., Weltman Weinberg & Reis Co. LPA, 436 7th Avenue, Suite 2500, Pittsburgh, PA 15219-1842 |
| 15246830 | + | Email/Text: Darren.Pedaci@northwest.com | Sep 17 2025 00:32:00 | Northwest Bank, PO Box 1793, Warren, PA 16365-6793 |
| 15246831 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Sep 17 2025 00:38:42 | Portfolio Recovery, 120 Corporate Blvd., Suite 100, Norfolk, VA 23502 |
| 15273455 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Sep 17 2025 01:24:02 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 15246832 | | Email/PDF: ais.sync.ebn@aisinfo.com | Sep 17 2025 00:40:02 | Synchrony Bank, PO Box 960061, Orlando, FL 32896-0061 |
| 15247890 | ^ | MEBN | Sep 17 2025 00:15:16 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15246833 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Sep 17 2025 00:40:10 | Synchrony Bank/Amazon, PO Box 965015, Orlando, FL 32896-5015 |
| 15266492 | + | Email/Text: documentfiling@lciinc.com | Sep 17 2025 00:31:00 | Tea Olive, LLC, PO BOX 1931, Burlingame, CA 94011-1931 |
| 15246834 | + | Email/Text: TFS_Agency_Bankruptcy@toyota.com | Sep 17 2025 00:32:00 | Toyota Financial Services, PO Box 4102, Carol Stream, IL 60197-4102 |
| 15251547 | + | Email/Text: ToyotaBKNotices@nationalbankruptcy.com | Sep 17 2025 00:32:00 | Toyota Motor Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |
| 15246835 | | Email/Text: bknotice@upgrade.com | Sep 17 2025 00:31:00 | Upgrade Inc, 2 North Central Avenue, 10th Floor, Phoenix, AZ 85004 |

TOTAL: 26

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Tea Olive, LLC |
| cr | | Toyota Motor Credit Corporation |
| 16561986 | *+ | ClearOne Advantage, 3500 Boston Street, Ste 413, Baltimore, MD 21224-5292 |

TOTAL: 2 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Sep 18, 2025          Signature:          /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

| District/off: 0315-1 | User: auto | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Sep 16, 2025 | Form ID: pdf900 | Total Noticed: 30 |

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 16, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Denise Carlon | on behalf of Creditor Toyota Motor Credit Corporation dcarlon@kmllawgroup.com |
| Dennis M. Sloan | on behalf of Plaintiff Elizabeth A. Goodman sloanassoc@zoominternet.net  dsloan@sloanassoc.com |
| Dennis M. Sloan | on behalf of Debtor Elizabeth A. Goodman sloanassoc@zoominternet.net  dsloan@sloanassoc.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Robert P. Wendt | on behalf of Defendant Toyota Motor Credit Corporation pawb@fedphe.com |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |

TOTAL: 6